IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARTHA J. TATE,**

    **Plaintiff,**

**v.**

**DFS SERVICES LLC, et al,**

    **Defendants.**                                                   **Case No. 10-cv-563-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 1, 2010, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                    **NANCY J. ROSENSTENGEL,**
                                    **CLERK OF COURT**


                                    **BY:**      **/s/*Sandy Pannier***
                                                      **Deputy Clerk**

Dated: January 4, 2011

David R. Herndon
2011.01.04
12:39:54 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT